# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 28, 2009

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

137995

In re Estate of JOHN PATRICK WHITE
_____

JEROME M. DAHL, as Trustee of the
JOHN PATRICK WHITE TRUST,
     Appellant,

v

GEOFFREY C. LAWRENCE as Personal
Representative of the ESTATE OF JOHN
PATRICK WHITE, DONALD J.
BAUMGARTNER, JACALYN D.
BAUMGARTNER, RICHARD A.
BEKKALA, SUSAN P. BEKKALA, and
THE UNIVERSITY OF MICHIGAN,
     Appellees.
_____/

SC: 137995
COA: 279866
Iron CC: 06-000070-DA

On order of the Court, the application for leave to appeal the November 18, 2008 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 28, 2009

_____
Clerk

d0921